B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

### District of Massachusetts

In re  Wayne A. LaFleche
Linda Ann LaFleche                              ,          Case No.  18-30166

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF CABANA SERIES III TRUST | U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET PROPERTIES III, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

| Name and Address where notices to transferee should be sent: | Court Claim # (if known): ____3____ |
|---|---|
| BSI Financial Services | Amount of Claim: ___$93,520.97___ |
| 1425 Greenway Drive, #400 | Date Claim Filed: ___04/23/2018___ |
| Irving, TX 75038 | |

Phone: _____      Phone: _____
Last Four Digits of Acct #: ___9995___      Last Four Digits of Acct. #: ___9995___

Name and Address where transferee payments should be sent (if different from above):
  BSI Financial Services, Attn: Payment Processing Department
  314 S. Franklin Street, 2nd Floor
  Titusville, PA 16354
Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____          Date: __8/5/2020__
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.