B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re   Wayne A. LaFleche; aka Wayne A. LaFleche, Sr.
        Linda Ann LaFleche                          ,        Case No.   18-30166

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust | U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800.603.0836
Last Four Digits of Acct #:        8400

Court Claim # (if known): ____3-1____
Amount of Claim:   $93,520.97
Date Claim Filed:   04/23/2018

Phone: _____
Last Four Digits of Acct. #:   9995

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____          Date:  07/12/2021
   Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.